**In re the Marriage of Adeline BLACK, f.k.a. Adeline Bitker, petitioner, Respondent,**

v.

**Clifton BITKER, Appellant.**

**No. C8–84–2006.**

Supreme Court of Minnesota.

July 24, 1985.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that disposition of the pending petition for further review of a decision of the Court of Appeals be, and the same is, stayed pending this court's final decision in *Moylan v. Moylan* (C2–84–2177) and *Erickson v. Erickson* (C7–84–1770) (petitions for further review granted). Counsel is directed to take no further action in connection with the pending petition; briefing, if any, will be ordered after disposition of the two referenced cases.